**UNITED STATES DISTRICT COURT**  **EASTERN DISTRICT OF TEXAS**

KELVIN ANDRE SPOTTS,                    §
                                        §
                    Petitioner,         §
                                        §
*versus*                                §     CIVIL ACTION NO. 1:07-CV-474
                                        §
JOHN B. FOX,                            §
                                        §
                    Respondent.         §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Kelvin Andre Spotts, an inmate at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 8th day of November, 2007.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE